**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELO ALESSANDRO CODALLO-CAMBERO,<br><br>                              Petitioner,<br><br>    v.<br><br>PATRICK DIVVER, *et al.*,<br><br>                              Respondents. | Case No. 26-cv-03428-BAS-DDL<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

Petitioner, through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging the legality of his Immigration and Customs Enforcement ("ICE") detention. (ECF No. 1.) This is Petitioner's third case in the last two months.

First, on April 22, 2026, Petitioner, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 before the Honorable James E. Simmons, Jr., where he also challenged the legality of his ICE detention. *See* Case No. 26-cv-2559-JES-AHG. Judge Simmons appointed Federal Defenders as Petitioner's counsel. *Id.* at ECF No. 4. On June 1, 2026, Judge Simmons denied Petitioner's habeas petition. *Id.* at ECF No. 12.

Second, on May 8, 2026, Petitioner, through current counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 before Judge Simmons, where he also challenged the legality of his ICE detention. *See* Case No. 26-cv-2906-JES-AHG. On May 13, 2026, Judge Simmons issued an Order to Show Cause requiring Petitioner to address whether the then-newly filed second petition was duplicative of No. 26-cv-2559-JES-AHG and "why the Court should not close [the second] case and direct all filings to 26-cv-2559." *Id.* at ECF No. 6. Petitioner did not file a response, and Judge Simmons dismissed the second action as duplicative on May 21, 2026. *Id.* at ECF No. 7.

Rather than respond to Judge Simmons's ruling in the prior case, Petitioner now brings this third Petition only a few weeks later, again seeking to challenge his immigration detention. (ECF No. 1.) A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g.*, *Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). Upon review, the Court finds this Petition is repetitive and runs afoul of Judge Simmons's Order to Show Cause in the second action. Therefore, the Court **DISMISSES WITHOUT PREJUDICE** the Petition. (ECF No. 1.)

The Clerk of Court shall enter a judgment dismissing this action without prejudice and closing the case file.

**IT IS SO ORDERED.**

**DATED: June 8, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

26cv3428